UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE:  JOHNSON, JULIUS<br>  Debtor(s) | CASE NO. 09-20785 JPK |

**NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED
STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT**

TO: THE HONORABLE  J PHILLIP KLINGEBERGER:

Comes now Stacia L. Yoon, Trustee, and states as follows:

1.  I am the duly appointed Trustee and, as such, hold funds of this estate which should be distributed to creditors thereof.

2.  Pursuant to FRBP 3011, the following creditors listed on the attached Exhibit A are entitled to distribution of less than $5.00 each.

3.  Pursuant to FRBP 3010, the distributions shown in Paragraph 2 herein are to be treated in the same manner as unclaimed funds, as provided for in 11 U.S.C. §347.

4.  Trustee now tenders these sum(s) to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

DATED:        August 19, 2011            By: /s/ Stacia L. Yoon
                                          STACIA L. YOON, TRUSTEE #16933-53
                                          Genetos Retson & Yoon LLP
                                          8585 Broadway, Suite 480
                                          Merrillville, IN 46410
                                          Telephone: (219) 755-0401
                                          bankruptcy@grymlaw.com

**DISTRIBUTION:**
Electronically:
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Inga D. Lewis Shannon, inga@fwslaw.com
Regular Mail:
JOHNSON, JULIUS, 1556 WILSON STREET, GARY, IN 46406
Chase Bank USA, N.A., % Creditors Bankruptcy Service, P.O. Box 740933, Dallas, TX 75374

1

Printed: 08/17/11 10:01 AM

# Claims Distribution Small Checks

Page: 1

**Trustee: Stacia L. Yoon, Chapter 7 Trustee (340450)**

Case: 09-20785 - JOHNSON, JULIUS

| Account No. | Check No. | Issued | | | | Amount | Amount | Paid | Small |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Claim No. | Filed | Priority | Claimant | | Filed | Allowed | to Date | Payment |
| 9200026243216 | 122 | 08/17/11 | Payee: | U.S. Bankruptcy Court | | | | Check Amount: | $4.40 |
| | 11 | 03/08/10 | 610 | Chase Bank USA,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas, TX 75374 | | 271.06 | 271.06 | 4.40 | 4.40 |

(*) Denotes objection to Amount Filed